

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Eleni Sakalis<br><br>Debtor | Chapter 13<br>24-10425-CJP |

## ORDER

**MATTER:**
#13 Motion filed by Debtor Eleni Sakalis to Extend Automatic Stay.

No objections having been filed to the Motion to Extend Automatic Stay [Dkt. No. 13] (the "Motion") and supporting affidavit (the "Affidavit") filed by the debtor Eleni Sakalis (the "Debtor") by the deadlines established by the Scheduling Order [Dkt. No. 19] (the "Order"), the Debtor's affidavit in support of the Motion setting forth the facts necessary to satisfy her burden under 11 U.S.C. § 362(c)(3), notice of the Order having been given as reflected in the certificate of service filed with the Court [Dkt No. 20], and good cause appearing to further extend the stay beyond the date set forth in the Order, the Motion is hereby granted and the stay is extended as to all creditors.

The evidentiary hearing scheduled for April 11, 2024 regarding the Motion is cancelled as unnecessary.

Dated: 04/10/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge